**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SATONJA GRIFFIN,** *et al.*, | ) | **CASE NO. 1:18-CV-2786** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| **v.** | ) | |
| | ) | |
| **PORTARO GROUP, INC.,** | ) | **DISMISSAL ORDER** |
| | ) | **WITHOUT PREJUDICE** |
| **Defendant.** | ) | |

On April 24, 2019, the Court issued a Proposed Order, Doc #: 19, proposing that the instant case be dismissed without prejudice so that Plaintiffs and any other similarly-situated employee could proceed to arbitration on an individual basis.  The Court also proposed that Defendant Portaro Group, Inc. pay the cost of these individual arbitrations so that they not become unduly burdensome on the individual plaintiffs.  The Court gave the parties until today, May 3, 2019 at 12:00 noon to submit any objections to the Court's Proposed Order.  It is now past the deadline for the parties to submit objections and no objections have been filed.  Accordingly, the case is hereby **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

    */s/Dan Aaron Polster May 3, 2019*
    **DAN AARON POLSTER
UNITED STATES DISTRICT COURT**